# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2023

## NO. 03-23-00759-CV

**EKDE Group, LLC, Appellant**

**v.**

**Dominique Moscow, Keyla Vega, and All Occupants, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE JUSTICES BAKER, TRIANA AND SMITH
VACATED AND DISMISSED AS MOOT-- OPINION BY JUSTICE TRIANA**

This is an appeal from the final judgment entered by the trial court. Having reviewed the record, the Court concludes that the case should be dismissed. Therefore, the Court vacates the trial court's judgment awarding possession without consideration of the merits and dismisses the case as moot. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.